IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERRY DEWAYNE MARTIN, : <br> : <br> Plaintiff, : <br> : <br> : <br> : <br> WASHINGTON STATE PRISON, : <br> : <br> Defendant. : | CIVIL No. 5:14-CV-328-MTT <br><br> PROCEEDINGS UNDER 42 U.S.C. § 1983 |

## O R D E R

*Pro se* Plaintiff Jerry Dewayne Martin filed a complaint under 42 U.S.C. § 1983 but did not pay the filing fee or file a proper motion to proceed without the prepayment of the filing fee. Plaintiff was ordered to pay the fee or file a motion to proceed *in forma pauperis.* Plaintiff filed a motion for extension of time to comply with the Court's Order, which was granted. Plaintiff has now filed a motion to voluntarily dismiss his complaint so that he may "properly marshall [sic] the law and refile at a later date." Mot. to Dismiss 1, ECF No. 9. Plaintiff's motion is **GRANTED**, and Plaintiff's complaint is dismissed without prejudice.

SO ORDERED, this 5th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws